Carlene M. Simmons
Macey & Aleman, P.C.
101 N. First Ave., Suite 2430
Phoenix, AZ 85003
Tel:  1.866.339.1156
Fax: 1.312.822.1064
cms@legalhelpers.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Jeff Luechtefeld, | Case No. 2:09-cv-00177-FJM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| I.C. Systems, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Carlene M. Simmons*
Carlene M. Simmons
101 N. First Ave., Suite 2430
Phoenix, AZ 85003
Tel:  1.866.339.1156
Fax: 1.312.822.1064
cms@legalhelpers.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Carlene M. Simmons*