James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona  85004-4417
(602) 307-9900 Telephone
(602) 307-5853 Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

Attorneys for *Defendant I.C. Systems, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Jeff Luechtefeld, | No. CV 09-00177-PHX-FJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| I.C. Systems, Inc., | |
| Defendant. | *(Assigned to The Honorable Frederick J. Martone)* |

The parties hereto, through their undersigned counsel, stipulate and agree that Plaintiff's claims herein against defendant, I.C. SYSTEMS, INC., are hereby dismissed *with prejudice*, the parties to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED** this  27th  day of May, 2009.

**MACEY & ALEMAN, PC**


By: */s/Carlene M. Simmons*
    Carlene M. Simmons
    101 N. 1st Avenue, Suite 2430
    Phoenix, AZ  85003
    *Attorney for Plaintiff*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV09-00177-PHX-FJM)          [2631-0026]          @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;521487;1

**RENAUD COOK DRURY MESAROS, PA**

By: */s/ Randy L. Kingery*
    James L. Blair
    Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
*Attorneys for Defendant I.C. Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Frederick J. Martone
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
Suite 526
401 West Washington Street, SPC 62
Phoenix, AZ  85003-2158

Carlene M. Simmons, Esq.
**MACEY & ALEMAN, PC**
101 N. 1st Avenue, Suite 2430
Phoenix, AZ  85003
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, CV09-00177-PHX-FJM)   [2631-0026]   @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;521487;1