# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff Luechtefeld,<br><br>                Plaintiff,<br><br>v.<br><br>I.C. Systems, Inc.,<br><br>                Defendant. | No. CV 09-00177-PHX-FJM<br><br>**ORDER TO DISMISS<br>WITH PREJUDICE**<br><br>*(Assigned to The Honorable<br>Frederick J. Martone)* |

    Pursuant to the foregoing stipulation of counsel for Plaintiff and counsel for Defendant;

    **IT IS HEREBY ORDERED** that the above-entitled and numbered cause is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    **DATED this 28th day of May, 2009.**

*/s/ Frederick J. Martone*
Frederick J. Martone
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853